FILED
January 05, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ad_____
         DEPUTY

# Writ of Habeas Corpus

I, Jessica-Ann:Tijerina am being held unlawfully in the Guadalupe County Adult Detention Center on charges of fugitive of Justice by the Guadalupe Sheriff's department who refuses to permit me access to Bond or pretrial release or to place me in front of a judge or magistrate. The grounds upon which is claimed to be illegal.

Alligations of Fugitive of Justice, Kidnapping Custodial interference; who they were made by did not appear in the presence of the arresting officer and therefore there were no grounds for my arrest by Deputy Alfred McKee badge #195.

Release is sought by prisoner Jessica-Ann:Tijerina for these causes. I move any judge or any court to have respondant to show cause of why I am being deprived of my life, liberty and to release prisoner/petitioner forthwith.

Executed: December 28th, 2023

Jessica-Ann:Tijerina
Under Seal of Inter-Vivo's Trust
Authorized Representitive
Attorney in fact, Custodial Parent
All rights reserved, without Prejudice
Record Owner

Document #2023WOHC2812JAKLT

The Lord is my rock, my fortress and my deliverer;
2 Samuel 22:2

November 8th, 2023

This is my open letter, my only goal is to expose Truth reveal the injustice and hope the "powers be" be held accountable. Our system of justice we are told to beleive we are innocent until proven guilty. This is far from the truth. The truth is you are held as a prisoner, assumed guilt until by any slim chance the district courts read what is submitted, might give a verdict of innocent. Until then you have no rights, lose your life and happiness and everything familiar taken. My life's motto from Mich is to act justly and to love mercy and to walk humbly before my God.

Here is my truth. My name is Jessica-Ann: Tijerina. I am at the time of this letter 41 years old. I have no records of wrongs. I have never tried a drug, never even held a cigarrate to my lips and have walked a life full of fear. My fear stemmed from childhood and I know now it prepared me to stay so long in abuse of my first marriage and to stay silent. I was abused as a child and that abuse followed me into almost 16 years of domestic violance. I survived physical, emotional, verbal and religous abuse.

I am currantly being held hostage by Guadalupe County Adult Detention Center in Seguin Texas. I was out with my husband enjoying a little time to ourselves (that was a rare occasion) when we walked out of the store almost to our car and found ourselves surrounded by many police cars, it happened so fast I was unbelievibly scared and instantly trembling as I had cuffs put on me with no understanding of why. My husband took out his phone to record and was instantly manhandled with what looked like an almost headlock by one officer, while another officer gripped his hand to forcefully take his phone. He was then taken into custody with no explanation and forced into cuffs and placed in the back of a cop car. I was told I was under arrest for kidnapping my purse pulled from my

shoulder and I had to ask for my rights to be read. I did not answer questions as I was told anything I say can and will be used against me. I was patted down and place into the back of a police car. I received no warrant but told there was one. I was demanded to tell where my children were. Again I didn't answer as the cop tried every manipulitive tactic to get me to speak. He then told me it "didn't matter they had watched us for three days and to head to our home."

Once at our home both my husband and I held in differant police cars I watched in horror as the officers demanded my children. They were inside with family. I was threatened with, if I don't tell them to come out they will get a warrant to search the house but this didn't line up to the fact they had already told me they had a warrant to take my children. But nothing produced in hand and so much lying. I was scared for my children, extremly scared. Why did they want them? My children were supposed to be protected in Texas (I will explain this later) Nothing made sense. The Seguin police took it upon themselves to call C.P.S and take my children without just cause, under lies and threats. They told me it was because they were missing out of Idaho but the truth is Caldwell Police Department in Idaho only wanted a "well child check". However Seguin Police Department took my children on October 13th, 2023. They were told my sister and brother and husband all held power of attorney's over them but they took them non the less. I only got to touch their fingers through the bars on the police window. I reminded them to pray, stay strong and be brave. My little one was brave and told the police the truth, that their dad was trying to kidnap them and they were afraid of him. That was the last time I heard, or saw of my two sweet boys. Up till then, they had always lived with me. I was for the most part of 19 years a stay at home mom and due to COVID started

homeschooling them placing their needs always above my own, as both needed extra help (special needs) and stregthening them in simple skills as well as giving them a foundation for math as I had learned the school liked to tell them "it was good enough" without actual foundation and moving them along.

So to my booking.... I was brought into Guadalupe Adult Dentention Center by Seguin Police Officer Clayton W. Deagen badge #4116. He emptied my purse of its contents was seemedly upset when he saw my Passport but took my license for his paperwork. I keept asking to see this warrant and was told I'd see it when he was done. I held with me the Trust documents to show my children were in my care but he didn't care. I did not provide a social security number nor where I was born and this seemed to fuel his anger at me. I had my reasons of why not but that was illrelevant as I had yet to see this warrant. Officer Deagen went about filling out papers and upon moving papers I caught sight of the warrant. I asked to see it, he told me I could when he was done. But he filled out what he needed and continued with other papers. I reached over him to the left and grabbed the warrant to read. I was demanded to sign the warrant and while signing officer Deagen was mad and pulled the paper from me as is clearly the case as you see my signature and the pen line going down the paper. Officer Deagen refused to read me the warrant and refused to give me a copy. This warrant dated July 18th, 2023 has a certification that Officer Deagen filled out saying he served me the warrant on October 13th, 2023 at 12pm but once again the received document to the detention center says received at 12:35pm. I was placed in holding and told I would see the magistrate in the morning. My braclet they placed on me did not even have my correct birthdate it showed 9/1/1982. Officer Deagon also gave me

a no contact order with no explanation with my ex listed as a protected person. They had my address listed as 16092 Durum Place Caldwell even with affidavits and proof we live in Texas this seems to be ignored. I live at that address in 2017 and my ex knows this fall well.

Arraignment on 10/14/2023 by Sunny Middleton. On the Magistrate Warning there are so many problems. JESSICA ANN TIJERINA SO#06310-04 with birthdate 9/1/1982 my SO#23286-05 with my birthdate of 12/5/1981 I have been charged with Fugitive From Justice warrant #CR14-23-12141 bail at 25K with remark of GPS. on the cause it showed a different number CR14-13-12141 order for Family Vidence saying I appeared before her on 19th day of June 2018 charged with Fugitive of Justice with said offence being "Not Applicable". I had many questions but was told by Sunny I was not to talk, just her and I was told to sign. The issue and signed was the 14th of October, 2023

In requests to the jail I had asked many times for answers to where my children were taken. The responce back was either none or not a jail issue.

I'm not too sure on the date but sometime I beleive it might be October 30th I was taken before District Judge Old. He told me facts were irrelivant and all they needed to prove was who I was. He was extremly bia's even labeled me as somthing told me I had to have an attorney and was not allowed to represent myself. I was so fearful because of the power he has to harm me by placing me in a "rubber room" (the girls in my jail holding room had told me stories of what they do and I happened to get the judge who is like that.)

After many request and much digging I have found that supposedly on "Court Record" in Idaho I was released on November 1st, 2023 by my own recognizance but this was far from truthful. I was NOT released

and upon understanding of what "on my own recognizance" would mean I had bail but Judge Old took that from me.

The first warrant was squashed on Nov. 1st but then a new one issued on the same day, yet I was released?!

November 7th, 2023 I was served with a new warrant by Guadalupe Detention Center by Deputy Alfred McKee badge #195 with a new protection order this time including my children. They don't even have my son Daniel's birthdate right! And now they can't talk or reach out to me or I to them with absolutley NO understanding of why.

November 8th, 2023 I stood again in front of Magistrate Sunny Middleton. The "Magistrate Warning" says I was arrested on 11/2/2023 by an outside agency but that would mean I was OUTSIDE when clearly I was not. I refused to sign and this magistrate took it upon herself to remove bail with no explenation. So I sit in Guadalupe Detention Center with no answers, denied my rights and now I have no way of knowing how my children are.

In July of 2022 my Ex won a default case in Idaho. He brought the foreign judgement to Texas, Bell County Case 22DFAM333192. I won that case by facts and a Judicial Notice. The case was disposed of. My Ex went back to Idaho and opened a fraudulant police record and gave an address I lived at in 2017. That address happened to be in Caldwell County Idaho. He could not open a case in Nampa even though that is where he lived. This case then went to the Canyon County Prosecutor even though they had been served facts. My Ex had tried to say I kidnapped my children in bell county Texas, even made up fliers and told people to call the Bell County Constible but this was shut down by the Sherrif of Bell County. However he is getting away with lying in Idaho

and I being labeled a kidnapper. I found so many problems in Idaho after searching for truth. I found the state of Idaho has no jurisdiction over Caldwell (I have this in a letter from the Secretary of State) I further found Idaho has sealed and hidden records. My ex has a C.P.S record of abuse upon the children. I found Idaho concealing and simply denying the records of protection order's that were never placed in the original judgement as well as finding the Judge according to Idaho rule was not to even touch my original case.

    Please help. Help my children! We have been residents of Texas and there was no reason any of this has happend. Texas Seguin Police blame Idaho and Caldwell Police Idaho laugh at the "mistake" Texas did by taking my children. Then the crime of kidnapping, how did I commit this? My children have always lived with me and that was proven. They are in my Intro Vivo's Trust and protected by the USCS Hague Child Abduction because the removal was wrong but there is no accountibility with those who serve as public service.
    Please help!
    Jessica Ann Tijerina

If you need documents contact my husband Mike 208-392-8636 or sister Diana 210-831-5928

To: Clerk                                                                                           12-28-2023

I have included the following:
Writ of Habeaus,
Open letter, this cover letter
a total of 8 pages
Re: Jessica Ann Tijerina SO#23286-05
There are these cases involved
Idaho CV01-17-0230 (civil)
Texas 22DFAM333192 (civil)
    Criminal case from Idaho CR14-23-12141
I have a Misc. Case in your files of 6:22-MC-00957
                                                                                ADA BTG

I have opened a case in District Court Western District Court of Texas in San Antonio No. SA23CA1432FB hoping to find releif. I am absolutley scared and being dismissed/denied any remedy. I am therefore coming to you. I have asked multipule times for papers of why or the oath/affirmation that was supposedly attached to warrant and being denied. There has been concealment of documents, gross misuse of power, depervation of rights under color of law, myself and my children abducted and being held against our will, no indictment (I'm innocent) within 30 days, bad faith and unclean hands being shown by those in control. I have a properly filed Intro Vivos Trust and the Trust owns all equity and those documents are being ignored as well. Please help my children and I aswi are scared and hurting. Please get this in front of a Judge immediatley. If you need anything, please contact those listed on my open letter.

Attention Clerk
8 pages
mailed 12/28/2023

Name: Jessica Ann Tijerina
SC#: _____
Guadalupe County
Adult Detention Center
2615 N. Guadalupe St.
Seguin, TX 78155

San Antonio P&DC 782xx ZIP
TUE 02 JAN 2024 AM

RECEIVED
JAN 0 5 2024
CLERK, U S DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

United States District Court
Western District of Texas
800 Franklin Avenue Room 380
Waco, Texas 76071